HANSEN, Circuit Judge,
concurring.
I concur in the court’s opinion because, like Chief Judge Bowman, I must respect as controlling circuit precedent the panel decision in United States, Internal Revenue Service v. Boatmen’s First National Bank of Kansas City, 5 F.3d 1157 (8th Cir.1993). I agree with the Chief Judge’s view first expressed in his dissent in Boatmen’s and reiterated today in footnote four of the court’s opinion, that the plain language of 11 U.S.C. § 506(c) gives only a trustee standing to surcharge a creditor’s collateral, but that is not the current law of this circuit, and only an en banc court can, and in my view, should, change it.
ORDER
Sept. 22, 1998
Appellant Magna Bank’s suggestion for rehearing is granted. The court’s opinion and judgment of July 27, 1998, are vacated. The grant of rehearing en banc is limited to the issue of standing.
The clerk is directed to set this case for oral argument at 10:00 a.m. on Thursday, October 22, 1998, in St. Paul, Minnesota. Each side will be granted twenty (20) minutes to present its oral argument.
The parties are directed to submit twenty-five (25) copies of the briefs previously filed in the appeal. These additional copies are due October 2,1998.